1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REYES LUNA,

                              Plaintiff,

        v.

UNITED STATES OF AMERICA,

                              Defendant.

Case No. 2:20-cv-01152-RSL

STIPULATION AND ORDER OF
DISMISSAL

## **JOINT STIPULATION**

COME NOW all parties hereto, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL
[2:20-cv-01152-RSL] - 1

1   **SO STIPULATED**.

2   Dated this 2nd day of November, 2021.

3                           NORTHWEST IMMIGRANT RIGHTS PROJECT

4
                            _s/ Aaron Korthuis_
5                           AARON KORTHUIS, WSBA #53974
                            MATT ADAMS, WSBA #28287
6                           MARGOT ADAMS, WSBA #56573
                            LEILA KANG, WSBA #48048
7                           615 Second Avenue, Suite 400
                            Seattle, WA  98104
8                           Phone:  206-957-8611
                            Email:  aaron@nwirp.org
9                           Email:  matt@nwirp.org
                            Email:  margot@nwirp.org
10                          Email:  leila@nwirp.org

11                          Attorneys for Plaintiff

12  **SO STIPULATED**.

13  Dated this 2nd day of November, 2021.

14
                            NICHOLAS W. BROWN
15                          United States Attorney

16
                            _s/ Nickolas Bohl_
17                          NICKOLAS BOHL, WSBA #48978

18                          _s/ Kristen R. Vogel_
                            KRISTEN R. VOGEL, NYBA #5195664
19                          Assistant United States Attorneys
                            United States Attorney's Office
20                          700 Stewart Street, Suite 5220
                            Seattle, Washington 98101-1271
21                          Phone:  206-553-7970
                            Fax:  206-553-4067
22                          Email: nickolas.bohl@usdoj.gov
                            Email: kristen.vogel@usdoj.gov
23
                            Attorneys for Defendant United States of America
24

STIPULATION AND ORDER OF DISMISSAL
[2:20-cv-01152-RSL] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

## **<u>ORDER</u>**

2       The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is

3  dismissed with prejudice and without costs or fees to either party.

4

5       Dated this 3rd day of November, 2021.

6

7       *Mr S Lasnik*
        ROBERT S. LASNIK
        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF DISMISSAL
[2:20-cv-01152-RSL] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970